OVERLOOK HOSPITAL v. J. RICHARD GOLDSTEIN.

MORRISTOWN MEMORIAL HOSPITAL v. J.
RICHARD GOLDSTEIN.

July 11, 1985.

Motions for leave to appeal are granted; and it is further

ORDERED that partial relief is granted, limited solely to the
extent that

1) in the pending administrative hearing on the Commission-
er's recommended denials of movants' applications for a certifi-
cate of need, movants' will be permitted to address the Commis-
sioner's decision granting a certificate of need to Newark Beth
Israel Medical Center, and

2) movants' appeals to the Appellate Division from the Com-
missioner's decision granting a certification of need to Newark

Beth israel Medical Center are stayed, pending the completion of the administrative proceedings.

Jurisdiction is not retained.